**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-4633**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

JAMES PATILLO,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CR-03-89)

_____

Submitted:  February 27, 2004          Decided:  March 24, 2004

_____

Before WIDENER, WILKINSON, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frank W. Dunham, Jr., Federal Public Defender, Robert J. Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant.  Paul J. McNulty, United States Attorney, Michael J. Elston, S. David Schiller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

James Patillo appeals his sixty-month sentence pursuant to a guilty plea on one count of escape, in violation of 18 U.S.C. § 751(a) (2000). On appeal, he maintains that: (1) the district court erred in applying a two-level enhancement under U.S. Sentencing Guidelines Manual § 3C1.1 (2000) for obstruction of justice; and (2) the court's application of USSG § 3C1.2, reckless endangerment during flight, and USSG § 2P1.1(b)(1), threat or use of force against a person during escape, constituted impermissible double counting. Finding no reversible error, we affirm.

The district court's factual findings are reviewed for clear error, and its application of the sentencing guidelines is reviewed de novo. United States v. Daughtrey, 874 F.2d 213, 217 (4th Cir. 1989). The district court determines issues related to sentencing by a preponderance of the evidence. United States v. Engleman, 916 F.2d 182, 184 (4th Cir. 1990).

We have reviewed the briefs and materials submitted in the joint appendix in light of Patillo's arguments and find no error in Patillo's sentencing. We therefore affirm his sentence based upon the reasoning stated by the district court at Patillo's sentencing hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -